IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-MC-039-RJC-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| APPROXIMATELY $178,582 IN FUNDS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Unopposed Motion For Extension Of Time To File Forfeiture Complaint" (Document No. 1) filed February 28, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Unopposed Motion For Extension Of Time To File Forfeiture Complaint" (Document No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **June 2, 2020** to file its Forfeiture Complaint in this matter. Further extensions of this deadline are unlikely.

Signed: March 3, 2020

David C. Keesler
United States Magistrate Judge